# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TODD MCELROY,

    Plaintiff,

v.

LAZEGA & JOHANSON, LLC,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-11

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's May 10, 2019 Report and Recommendation, (doc. 9), to which Plaintiff filed Objections, (doc. 10). Because plaintiff offers no facts or argument remedying the deficiencies of his Complaint,[1] the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint, and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 31st day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Indeed, plaintiff quotes the holding of a nonbinding case about the unlawful imposition of interest, *not* the procedures used in the collection of a debt he has represented as being valid. Just because some court, somewhere has found debt holder Unifund LLC liable in some context does *not* impute any liability finding here, particularly in a completely different context with readily distinguishable facts that plaintiff himself alleged.